BY FORD MOTOR COMPANY
A DELAWARE CORPORATION

Mk

DISCLOSURE OF GARNISHEE TO: CLERK OF THE COURT

**FILED**

**SEP 2 4 2024** JXM

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

USDIST
PLAINTIFF

08CR311
CASE NUMBER

VS.

JONES, LATIF O
PRINCIPAL DEFENDANT

XXX-XX-3824
SOC. SEC. NO.

THE BELOW NAMED INDIVIDUAL, WHO HAS THE KNOWLEDGE AND IS
FAMILIAR WITH THE FACTS IN RELATION TO THE ABOVED ENTITLED
CAUSE, IS DULY AUTHORIZED TO MAKE THE FOLLOWING DISCLOSURES:

PAY ENDING DATE  09/08/24
 THE DISPOSABLE EARNINGS OF THE ABOVE-NAMED PRINCIPAL
 DEFENDANT, SUBJECT TO THIS WRIT OF GARNISHMENT ARE $1672.80.
 THE LIABILITY OF THE GARNISHEE IN THIS CASE IS       $33.41.


        EMPLOYEE PAYMENTS
        NAME OF PERSON MAKING DISCLOSURE
        --- GARNISHEE REPRESENTATIVE ---


                           FORD MOTOR COMPANY
KATHLEEN ANN BEAUDOIN      EMPLOYEE PAYMENTS
NOTARY PUBLIC, WAYNE CO MI ONE AMERICAN ROAD
COMMISSION EXPIRES         DEARBORN, MI  48126
DECEMBER 05, 2029          CONTACT: PDEDUCTS@FORD.COM



        20240908XXXXX3824HB2
        CLERK OF THE COURT
        U S DISTRICT COURT
        219 S DEARBORN ST 20TH FLOOR
        CHICAGO        IL  60604

Ford Motor Company
Employee Payments
One American Road, WHQ 727 - E2
Dearborn, MI 48126

**FIRST-CLASS MAIL**
**IMPORTANT DOCUMENT ENCLOSED**

PKM1YB00000062
CLERK OF THE COURT
U S DISTRICT COURT
219 S DEARBORN ST 20TH FLOOR
CHICAGO IL 60604