# *United States District Court for the Northern District of Illinois*

Case Number:                            Assigned/Issued By:

Judge Name:                               Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*    ☐ $405.00      ☐ $52.00      ☐ $5.00

                      ☐ IFP         ☐ No Fee     ☐ Other _____

                      ☐ $605.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons             ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets          _____

☐ Writ _____           (Victim, Against and $ Amount)
      (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                    (Date)

Rev. 12/1/2023