UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| TAHKISHA HODGE, ) | No. 20 CR 280-2 |
| Defendant, ) | |
| ) | Judge Wood |
| and ) | |
| ) | |
| LSC COMMUNTY EMPLOYMENT LLC, ) | |
| ) | |
| Third-Party Respondent. ) | |

**MOTION OF THE UNITED STATES FOR TURNOVER ORDER**

The United States of America, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, moves for a turnover order and in support states as follows:

1. The court entered a restitution judgment against defendant Tahkisha Hodge on December 7, 2021. Hodge has not made a payment since January 4, 2024, and the judgment balance is $62,873 as of November 15, 2024.

2. The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). A citation to discover assets directed to the respondent, LSC Communty Employment LLC, was issued on September 24, 2024 and Hodge was served on October 1, 2024.

3. Third-party citation respondent LSC Communty Employment LLC answered the citation on September 25, 2024. A copy of the answer is attached as Exhibit A. Hodge was served with a copy of the answer by LSC Communty Employment LLC, as reflected in paragraph 9 of the answer. LSC Communty Employment LLC stated in its answer that it had in its possession or

under its control earnings belonging to Hodge at the time the citation was served. Based on LSC Communty Employment LLC's answer, the United States is entitled to 25% of Hodge's disposable earnings, less any child support or court-ordered deduction, for each pay period since the citation was served and continuing each pay period until the debt is paid in full, or until LSC Communty Employment LLC no longer has custody, possession, or control of any disposable earnings belonging to Hodge, or until further order of this court. 18 U.S.C. § 3613(a); 28 U.S.C. § 3205(c)(7).

      4.      The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have "20 CR 280-2" written in the lower left corner of the check and be submitted to: Clerk of the Court; U.S. District Court, Northern District of Illinois; 219 South Dearborn Street, 20th Floor; Chicago, Illinois 60604.

      5.      The United States has provided all notices required by law.

WHEREFORE, the United States requests entry of a turnover order directing LSC Communty Employment LLC to submit to the Clerk of the Court 25% of Hodge's disposable earnings, less any child support or prior court-ordered deduction, for each pay period since the citation was served and continuing each pay period until the debt is paid in full or until LSC Communty Employment LLC no longer has custody, possession, or control of any disposable earnings belonging to Hodge, or until further order of this court.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Scott D. Heffron
    SCOTT D. HEFFRON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-886-4190
    scott.heffron@usdoj.gov

Case: 1:20-cr-00280 Document #: 134 Filed: 12/09/24 Page 4 of 7 PageID #:486

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America )<br>)<br>)<br>v. )<br>)<br>Tahkisha S Hodge, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>LCS Community Employment LLC, )<br>)<br>Third-Party Citation Respondent. ) | No. 20 CR 280-2<br><br>Judge Wood |

### ANSWER OF THIRD-PARTY CITATION RESPONDENT

I, __Andrea Valdez__, the __Payroll Accountant__ of Respondent, __LCS Community Employment LLC__,
   (name)                 (title)
state under penalty of perjury as follows:

    Respondent is a __Corporation__ organized under the laws of the State of __Iowa__.
    (sole proprietorship, partnership, corporation, government agency)

On __09/25/2024__, Respondent was served with the Third Party Citation to Discover Assets. With respect to Defendant, Tahkisha S Hodge, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of Defendant:

1.   Respondent __Employs__ Defendant.
      (Employs - Employed - Never Employed)

If no longer employed, the last day of employment was: _____
State defendant's current employer, if known: _____

2.   Defendant's pay period is: ___ weekly, _X_ bi-weekly, ___ semi-monthly, ___ monthly.

Enter date present pay period began __09/22/2024__ and date it ends __10/05/2024__.
(Present means the pay period in which the Citation was served).

3.   Calculate wages subject to garnishment:
    (A) Gross wages (minus mandatory contributions to pension/retirement plans)   (A)$ __2037.87__
    (B) Enter Total FICA, State and Federal Tax, and Medicare   (B)$ __381.11__
    (C) Disposable Earnings (Net): Subtract Line (B) from Line (A)   (C)$ __1656.76__
    (D) Enter Twenty Five Percent (25%) of Line (C)   (D)$ __414.19__

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

GOVERNMENT EXHIBIT A

(E) Enter Ten Percent (10%) of Line (C)  (E)$ 165.68

(F) % of Gross (Divide Line E by Line A)  (F)$ 12.3

(G) Current Federal minimum wage per pay period ($7.25 per hour).

    Using the applicable pay period, enter the appropriate amount:

(G)$ 435.00

    If Defendant is paid every week or less, enter 30 times the minimum wage or $ 217.50

    If Defendant is paid every two weeks, enter 60 times the minimum wage or $435.00

    If Defendant is paid semi-monthly, enter 65 times minimum wage or $487.50

    If Defendant is paid monthly, enter 130 time minimum wage or $942.50

(H) Subtract Line G from Line C  (H)$ 1221.76

(I) Enter Line D or Line H, whichever is smaller  (I)$ 414.19

    (If the smaller amount is zero or less, do not withhold any wages this pay period).

(J) Enter child support or other court ordered deduction  (J)$ 0

(K) Subtract Line J from Line I.  (K)$ 414.19

**LINE K IS THE AMOUNT TO BE WITHHELD FROM EMPLOYEE'S PAYCHECK FROM THE DATE OF SERVICE OF THE CITATION AND NOT DISBURSED UNTIL FURTHER ORDER OF COURT.**

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to, child support and alimony?

    Yes _____ No __X__

    If the answer is yes, describe below and attach a copy of the garnishment order.

    _____.

5. Besides wages, does Respondent have custody, control or possession of any property now owed or to be paid in the future, in which Defendant has an interest, including but not limited to, a pension or 401(k), bonus, vacation pay, sick pay, or reimbursement of expenses?

    Yes __X__ No _____

    If yes, please describe below (continue on additional sheets if necessary):

    Paid Time Off: Current amount 3.08, Accrues 3.08 per pay period.

6. If Defendant has or had a pension or 401(k), please state whether Defendant continues to be entitled to benefits (answer yes or no) and identify the name, address, telephone number and e-mail address of the third-party administrator or trustee.

    Yes _____ No __X__

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

If yes, please describe below (continue on additional sheets if necessary):

_____

7. If you deny that you hold property subject to the judgment of the United States, check one of the following statements:

___ Respondent believes the following claim of exemption/election of exemption applies: _____

___ Respondent has the following objections, defenses, or set-offs to the United States' right to attached and garnish Respondent's indebtedness to Defendant: _____

___ On the date Respondent was served with the Citation, Respondent was not indebted or under liability to Defendant, and/or Respondent did not have in his/her/its possession or control any wages, income or other property belonging to Defendant, or in which Defendant has an interest and it not liable as a Respondent in this action.

8. The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

9. Respondent mailed a copy of this Answer by first-class mail to:

(A) Defendant, Tahkisha S Hodge, at  21536 South Wolf Rd. Mokena, Illinois 60448 .

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __25__ of __September__, 20__24__.
           Day          Month

*Andrea Valdez*
(Please sign name)

Andrea Valdez
(Please print name)

515.875.4724
Telephone Number

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

MOTION OF THE UNITED STATES FOR TURNOVER ORDER and
NOTICE OF MOTION

were served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on or before December 10, 2024, to the following non-ECF filers:

| | |
|---|---|
| Tahkisha Hodge<br>8231 S Indiana Ave<br>Chicago, Illinois 60619 | LCS Community Employment LLC<br>400 Locust Street, Suite 820<br>Attn: Andrea Valdez, Payroll Accountant<br>Des Moines, Iowa 50309 |

s/ Scott D. Heffron
SCOTT D. HEFFRON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-886-4190
scott.heffron@usdoj.gov